IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**SHARON K. McCOMB, et al.,**

    **Defendants.**     Case No. 07-cr-40032-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Sharon McComb's Motion to Continue Sentencing (Doc. 246) which is currently set for June 13, 2008. A continuance is sought because Defendant's counsel has a scheduling conflict. For good cause shown, Defendant's Motion (Doc. 246) is **GRANTED**. The sentencing hearing for defendant, Sharon McComb, is hereby rescheduled for **Friday, June 20, 2008 at 10:30 a.m**.

    **IT IS SO ORDERED.**

Signed this 27th day of May, 2008.

    /s/    David R Herndon
    **Chief Judge**
    **United States District Court**